# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **TRINET USA, INC.** | * | |
| | * | |
| Plaintiff, | * | CASE NO. _____ |
| | * | |
| vs. | * | |
| | * | Arising from Case No. 8:20-cv-02018, pending in the United States District Court for the Middle District of Florida |
| **VENSURE EMPLOYER SERVICES, INC.,** | * | |
| | * | |
| Defendant. | * | |
| | * | |

## MOTION TO ENFORCE RULE 45 SUBPOENA

Pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i) and Local Rule 7.1, Petitioner TriNet USA, Inc. ("Petitioner") hereby moves this Court to compel nonparties Chuck Link and Phil Urso (collectively the "Vensure Employees") to comply with the subpoenas ("Subpoenas") that Petitioner served on the Vensure Employees in the underlying action captioned *TriNet USA, Inc. v. Vensure Employer Services, Inc.*, Case No. 8:20-cv-02018 (M.D. Fla.) (the "Underlying Action").

For the reasons set forth in its Memorandum in Support of Motion to Enforce Rule 45 Subpoena, Petitioner respectfully moves this Court to enter an Order compelling the Vensure Employees to comply with the Subpoenas, produce all non-privileged documents responsive to the Subpoenas within ten days of the Order, and

require the Vensure Employees to certify to this Court that they have complied with the Court's Order.

Respectfully submitted this the 20th day of April, 2021.

/s/ *Steven J. Rosenwasser*
Steven J. Rosenwasser
rosenwassers@gtlaw.com
James Z. Foster
fosterja@gtlaw.com
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212

*Attorneys for TriNet USA, Inc.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2021, I electronically filed the foregoing MOTION TO ENFORCE RULE 45 SUBPOENA with the Clerk of Court using the CM/ECF system and served the following via electronic mail and overnight mail:

Patrick Cory Barnwell<br>
Barnwell Law Group, P.C.<br>
2425 Commerce Ave. NW., Suite 300<br>
Duluth, GA 30096

/s/ *Steven J. Rosenwasser*
Steven J. Rosenwasser